UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIAH WEBER, Individually and Parent and Next Friend of Eve DeCosta, Minor <br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:24-cv-11617 <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

TO:     The Chief Judge and Judges of the United States District Court for the District of Massachusetts

The Defendant, Amazon.com Services, LLC ("Amazon"), files this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446 and hereby removes this action from the Barnstable County Superior Court to the United States District Court for the District of Massachusetts. As grounds for removal, Amazon states as follows:

**I.     PROCEDURAL HISTORY AND PLAINTIFF'S ALLEGATIONS**

1. On or about May 9, 2024, the Plaintiff, Mariah Weber, Individually and Parent and Next Friend of Eve DeCosta, a Minor (hereinafter "the Plaintiff") commenced this action in the Superior Court of the Commonwealth of Massachusetts in the County of Barnstable entitled *Mariah Weber, Individually and Parent and Next Friend of Eve DeCosta, Minor v. Amazon.com Services, LLC*, Civil Action No. 2472CV00193. *See* Electronic Docket, attached hereto as Exhibit A.

2. Amazon was served a copy of the Summons and Complaint on May 24, 2024 by the Suffolk County Sheriff's Department to its registered agent. *See* Summons, attached hereto as Exhibit B.

3. The return of service was filed with Barnstable Superior Court on June 3, 2024. *See* <u>Ex. A</u>.

4. This is a personal injury case sounding in products liability, in which the Plaintiff alleges that Amazon sold the Plaintiff a defective product, a child bicycle seat, that caused personal injuries to the Plaintiff, Mariah Weber, and her minor child, Eve DeCosta, on July 14, 2023.

5. As required by 28 U.S.C. § 1446(a) and Local Rule 81.1, Defendant Amazon has attached to this Notice, as <u>Exhibits C</u>, <u>D</u>, and <u>E</u>, all process, pleadings, and orders served on Amazon in the state court action as of the date of this Notice.

6. As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Amazon has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

## II. BASIS FOR REMOVAL

7. Title 28 U.S.C. § 1441(a) controls the circumstances in which a party may remove a state civil action to a United States District Court, and provides that:

> any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

8. Removal to this Court is proper because the United States District Court for the District of Massachusetts is the district embracing the place where the action was filed. *See* 28 U.S.C. § 1441(a).

9. Pursuant to 28 U.S.C. § 1332(a), the United States District Courts maintain original jurisdiction of all civil actions between citizens of different states where the matter in controversy exceeds the sum of $75,000.00.

**A. Diversity of Citizenship is Satisfied.**

10. Complete diversity exists between the parties to this action.

11. The Plaintiff is a citizen of the Commonwealth of Massachusetts, residing at 6 Portmore Lane in Framingham, Middlesex County, Massachusetts.

12. Defendant Amazon.com Services LLC is a Delaware limited liability company with its principal place of business in Washington. The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington.

13. Accordingly, complete diversity of citizenship exists under 28 U.S.C. § 1332.

**B. The Amount in Controversy Requirement is Satisfied.**

14. The amount in controversy requirement of 28 U.S.C. § 1332 also is satisfied.

15. Under 28 U.S.C. § 1332(a), in a case where federal jurisdiction is based upon diversity of citizenship, the amount in controversy must exceed $75,000.00, exclusive of costs and interest.

16. The Plaintiff alleges that in connection with the July 14, 2023 incident, that damages were allegedly sustained in an amount greater than $525,000.00. *See* a true and correct copy of the Civil Action Cover Sheet, attached hereto as Exhibit D.

**III. THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

17. The Defendant, Amazon, has the power to remove this matter under 28 U.S.C. §§ 1441(a).

18. A Notice of Removal must be filed within 30 days of receipt of the Complaint. 28 U.S.C. § 1446(b).

19. Because the Defendant Amazon has filed this Notice within thirty (30) days of service of the Summons and Complaint, this removal is timely.

### IV. NON-WAIVER OF DEFENSES

20. By removing this action from Barnstable County Superior Court, the Defendant Amazon does not waive any defenses, objections, or motions available to it under state or federal law, including any defenses under Rule 12 of the Federal Rules of Civil Procedure.

21. By removing this action from Barnstable County Superior Court, Amazon does not admit any of the allegations in the Plaintiff's Complaint.

### V. CONCLUSION

22. The state-court action may be removed to this Court in accordance with 28 U.S.C. § 1441(a) because (i) this is a civil action pending within the jurisdiction of the United States District Court for the District of Massachusetts, (ii) complete diversity of citizenship exists amongst the parties, and (iii) the amount in controversy exceeds $75,000.00.

23. If any question arises regarding the propriety of the removal of this action, Amazon respectfully requests the opportunity to present evidence in support of the position that this case is removable. *See* Dart Cherokee Basin Operating Co. v. Owens, 135 S.Ct. 547, 553-54 (2014).

24. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served promptly upon the Plaintiff and a copy will be promptly filed with the Clerk of the Barnstable Superior Court in the Commonwealth of Massachusetts.

**WHEREFORE**, the Defendant Amazon gives notice that the action bearing Case No. 2472CV00193 in the Superior Court of Barnstable County, Massachusetts, is removed to this Court pursuant to 28 U.S.C. § 1441. The Defendant Amazon requests that this Court retain jurisdiction for all further proceedings in this case.

Respectfully submitted,

**AMAZON.COM SERVICES, LLC**

By its attorneys,


*/s/ Jacob J. Lantry*
James M. Campbell, BBO #541882
Jacob J. Lantry, BBO #690452
Jeffrey E. Falvey, BBO #698891
Campbell Conroy & O'Neil, P.C.
20 City Square, Suite 300
Boston, MA 02129
617-241-3000
jmcampbell@campbell-trial-lawyers.com
jlantry@campbell-trial-lawyers.com
jfalvey@campbell-trial-lawyers.com

**CERTIFICATE OF SERVICE**

I, Jacob J. Lantry, hereby certify that on June 24, 2024, a copy of the foregoing document was filed electronically and served by electronic mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System:

Connor Gilbert, Esq.
Morgan & Morgan
155 Federal Street, Suite 1502
Boston, MA 02110


*/s/ Jacob J. Lantry*
Jacob J. Lantry

5