**Expert Report of Zal Phiroz, PhD**
**MARIAH WEBER v. AMAZON.COM SERVICES, LLC,**
**CHENGDUYUANTONGKAISHANGMAOYOUXIANGONGSI**


**June 30, 2025**


## Qualifications and Background

Dr. Zal Phiroz is an established expert and specialist in global supply chain practices. He has held a number of academic, executive and senior management roles, including appointments at Harvard University, Proctor & Gamble (NYSE:PG), and TELUS (NYSE:T).

As a practitioner, Dr. Phiroz has held senior appointments at TELUS and Procter & Gamble, managing international supply chain projects in partnership with retailers (Wal-Mart, Target), and overseeing projects involving billion dollar P&G brands (Iams, Tide).  Various supply chain initiatives implemented by Dr. Phiroz within the area of supply chain innovation (including demand forecasting/ simulation, on-time metrics, logistics protocol, fulfillment performance metrics), are still in place.

As a founding partner at Pier Consulting Group, Dr. Phiroz has consulted on projects involving simulated projection and logistics, regression techniques and clustering in determining the validity of demand projections and identification of key markets.

In addition to holding a PhD in Supply Chain Management (Hierarchical decision making patterns for the placement of physical supply chain entities), Dr. Phiroz has earned an MBA, and is a double Computer Science graduate of the University of Windsor (BS[Hons], BCS).  He has held faculty appointments at UCSD, Harvard University, and University of Southern California.

**Role and Appointment**

My role in this case is to evaluate and opine on the role of Amazon within the supply chain. I am specifically offering an opinion on Amazon's supply chain responsibilities, expected consumer behavior patterns, product safety expectations, and various supply chain industry standards.

In forming my opinion in this case, I have relied on a number of articles and documents and materials noted in Appendix C.

**Summary of Opinions**

1. There is an inherent level of trust which exists within different nodes of a supply chain, in which each node is expected and required to collaborate, in ensuring an efficient passage of sourcing, manufacturing, distribution and sale of a product.

2. Within the framework of a supply chain, various entities play a variety of pivotal roles in the movement of a product from supply to consumption. In acting as the main point of contact for consumers, Amazon is assuming the role of a retailer/seller within the supply chain. Amazon (within their capacity as the main customer-facing entity within the supply chain), have accepted responsibility for ensuring products listed on the Amazon.com platform meet safety and quality standards, and have overtly publicized this assurance to consumers.

3. Amazon is aware of various related product safety regulations and is able to review customer feedback in evaluating user experiences and overall product safety. Amazon is in control of the flow and design of the supply chain, and has complete authority to allow or disallow any product listings sold on Amazon.com.

4. Amazon was aware of the fact that numerous consumers had publicly posted written complaints about the 'INNOLIFE Kids Bike Seat, Front Mounted Child Bike Seat with Guardrail bike seat' being dangerous and not meet safety/quality standards, however they chose not to remove the product from the Amazon.com website, despite it not being in compliance with various product safety guidelines and standards.

## Analysis

1. A supply chain is an umbrella term, which aims to explain a variety of functions and processes present in the sourcing, production, distribution, purchasing and consumption phases of a product.

   From a practical perspective, a supply chain describes connectivity and collaboration between several entities (e.g. supplier, manufacturer, distributor, retailer, end-user). Supply chain design and functionality is often driven by numerous factors (e.g. consumer behavior analysis, brand presence of retailer/product etc.), and is unique to each product.

2. In a traditional supply chain, a 'retailer' is typically the node within the supply chain at which a consumer purchases a product.  Similar to brick and mortar retailers (e.g. Target, Walmart, CVS etc.), numerous academic publications have classified Amazon as fulfilling the role of a retailer.

   As Wahba (2014) notes, *'After years of stealing market share from its brick-and-mortar brethren, Amazon (AMZN) is finally among the 10 largest retailers according to ranking released on Tuesday by Stores Magazine. It is the first time a pure-play e-commerce company joins the very upper echelons of the hit parade.'* [1]

   As Shalicky (2013) notes, *'Amazon.com is a large online retailer that has enjoyed growing success in providing many people from different countries with an online marketplace that sells a variety of items.'* [2]

   In a traditional retail setting, 'shelf placement' refers to how a retailer decides on where to place products within a shelf in a store aisle.  This is important, as a product placed at eye-level on a shelf is likely more visible, and therefore more likely to sell, as opposed to a product at the bottom of a shelf.  Often, manufacturers will pay a premium to ensure their products are more visible and accessible.

   While not a direct equivalent, Amazon offers 'Amazon Prime'.  Amazon Prime products are typically more visible in Amazon search results, and therefore products which are eligible for Amazon Prime could benefit from increased sales.

3. In its capacity as a retailer, Amazon coordinates the distribution of inventory (often taking ownership and/or custodianship of inventory). From a consumer-facing perspective, Amazon has publicized numerous services, including (but not limited to):

- o Its ability to monitor product safety and ensure quality assurance standards are in place.
- o Accepting product returns (including damaged and defective products).
- o Accepting payment from consumers.
- o Attending to consumer complaints / delivery issues

On Amazon's 'Recalls and Product Safety Alerts' website[3], the following passage is noted:

- o *'Our Product Safety Team proactively investigates and addresses reported safety complaints and incidents to ensure customer protection from potential product-related safety risks. We closely monitor public recall alert websites and receive notifications from vendors and sellers. Upon discovering a product recall, we immediately halt affected product offerings, and promptly inform both customers and sellers involved about the recall.'*

Similarly, on Amazon's 'Help & Customer Service' website[4], the following passages are noted:

- o *'Our Product Safety Team investigates and acts on reported safety complaints and incidents to protect customers from risks of injury related to products sold on Amazon.com. Our Recalls team monitors for, identifies, and executes recalls and safety alerts related to products sold or previously sold on Amazon.com.'*

- o *We closely monitor public recall alert websites and receive notifications from vendors and sellers. When we learn of a recall or safety alert, we remove the product from our store and supply chain to prevent unsafe product from reaching our customers. We promptly inform both customers and sellers about the recall or safety alert.*

- o *We monitor the products sold on our website for product safety concerns. In concerning situations, we may do the following:*

4

- o *Remove the product from the website.*
- o *Contact sellers and manufacturers for more information.*
- o *Put warnings on the product detail page.*
- o *Take other actions depending on the situation.*
- o *Report product safety concerns to relevant government agencies. This will strengthen their safety data and help with any necessary recalls.*

By making numerous claims about keeping customers safe from dangerous products, Amazon is overtly stating that Amazon's policies and procedures proactively protect consumers from dangerous products and goods sold on Amazon.com.  As these claims are publicized on the consumer facing website (a simple google search for 'Amazon recalls' results in these websites being the top two results), it can be assumed that consumers rely on these assurances.

4. In addition to acting as a retailer, Amazon provides a service to customers by acting as the intermediary tasked with ensuring products sold meet quality and safety standards. In its capacity within the supply chain, Amazon has full control over whether to sell or not to sell an item they deem unsafe.  Despite this, in their 2024 Annual Report[5] they acknowledge the potential for user harm due to safety concerns, the likelihood of product liability vulnerabilities, and the risks in supplier relationships:

- o *Some of the products we sell or manufacture expose us to product liability or food safety claims relating to personal injury or illness, death, or environmental or property damage, and can require product recalls or other actions.*

- o *In addition, violations by our suppliers or other vendors of applicable laws, regulations, contractual terms, intellectual property rights of others, or our Supply Chain Standards, as well as products or practices regarded as unethical, unsafe, or hazardous, could expose us to claims, damage our reputation, limit our growth, and negatively affect our operating results.*

- o *Some of the products we sell or manufacture expose us to product liability or food safety claims relating to personal injury or illness, death, or environmental or property damage, and can require product recalls or other actions. Third parties*

*who sell products using our services and stores also expose us to product liability claims. Additionally, under our A-to-z Guarantee, we may reimburse customers for certain product liability claims up to certain limits in these situations, and as our third-party seller sales grow, the cost of this program will increase and could negatively affect our operating results.*

○ *Although we maintain liability insurance, we cannot be certain that our coverage will be adequate for liabilities actually incurred or that insurance will continue to be available to us on economically reasonable terms, or at all. Although we impose contractual terms on sellers that are intended to prohibit sales of certain type of products, we may not be able to detect, enforce, or collect sufficient damages for breaches of such agreements. In addition, some of our agreements with our vendors and sellers do not indemnify us from product liability.*

5.  User reviews on Amazon.com are akin to direct consumer feedback and are an integral component of Amazon's business model.  Amazon enables users who have purchased products on the website, to leave product reviews and rankings for other users.  Shalicky (2013) notes, *'Amazon.com allows users to write and publish reviews of the products sold on its site, ostensibly for the purpose of aiding other consumers in making a purchasing decision.'* [2]

Shalicky (2013) continues on, to note *'Amazon.com product reviews are a genre where the line between audience and author becomes blurry, as participants are able to produce, rate, and read product reviews.'* [2]

In her deposition, Abigail McIntire (Senior Manager of Risk Management), confirmed that she 'leads a global team of risk managers and safety professionals to ensure the safety and compliance of millions of products sold on Amazon's marketplace platforms'[6].

Ms. McIntire notes that Amazon uses an algorithm called 'Heartbeat' to screen user reviews for keywords which could trigger retroactively product safety investigations, noting:

*'…we have a listening algorithm that detects when there's a safety incident that occurs based on the keywords that are present in the feedback channel.· In this case, it was the review…'*[7]

6.  Despite Ms. McIntire being the Senior Manager of Risk Management, she is unaware of who on her team was actually investigated the incident, nor if/how the algorithm was able to efficiently and accurately determine the root cause of an issue[8].  The lack of transparency in the product investigation process is concerning, as it suggests vulnerabilities within the supply chain from the perspective of product safety awareness.

    According to Ms. McIntire, the word 'hurt' was recognized by algorithm[9], which in this case triggered an investigation, however the algorithm categorized this incident as being 'low' in terms of severity.  Ms. McIntire suggests that this classification was chosen by the algorithm, *'because there wasn't any permanent damage done.  There was no hospitalization or death associated with this. This was an injury that didn't result in any long-term loss of function.'*[10]

    This testimony is concerning on a number of fronts:

    o   It suggests that Amazon is relying on an algorithm to investigate keywords noted in product usage reviews.  This is a reactive process, which focuses on product safety <u>after</u> an injury or incident has taken place.

    o   Unless the algorithm observes words such as 'hospitalization' or 'death', the incident severity is categorized as 'low'.  This suggests that the only way a product is flagged as being dangerous is if serious injuries take place.  This process is not preventative and does not ensure user safety, but rather waits for a user to experience a severe injury or death, before the product is classified as being 'high' in severity.

    Amazon's policy effectively encourages the worst possible outcome to occur.  As the severity rating is triggered by keywords, Amazon only evaluates products, and considers taking them off the market, when certain keywords are posted in a review.

Essentially, Amazon is inviting users to deal with product risk (people getting hurt is fine), as long as it's not extraordinarily serious.  As an analogy, Amazon's algorithmic monitoring is like a smoke detector that only sounds after a fire has started and spread; instead of a proactive method akin to a comprehensive fire prevention system that identifies and eliminates hazards before they can cause harm.

Per Ms. McIntire's testimony, her team did not proactively ensure child bike carriers were safe, and did not ensure that they complied with applicable safety standards, before they were sold on Amazon.[11]  She goes on to note that the reason these products were not investigated, was due to a lack of evidence to indicate a broader safety concern with this product category type.[12]

7.  From a supply chain perspective, Ms. McIntire's testimony on lacking evidence to support a safety concern is particularly alarming, as it appears Amazon.com is well aware of the dangers of INNOLIFE Kids Bike Seat, Front Mounted Child Bike Seat with Guardrail Front Bike Seat for 8M - 6Y Children, Kids, Toddlers bike seat, yet continue to make the child seat available to consumers.

Some of the 1-star (out of 5) public reviews on this bike seat on the Amazon review page[13] for the product include:

- o Troy Barker (January 20, 2025): *I tried to install this yesterday on my bikes bike, which is a pretty standard bike. The only way to attach the crossbar was in a very unsafe position. When my 9 month old sat in the seat, even with her minimal weight, the crossbar would buckle and the joints would bend.*

- o Amber (March 20, 2024): *My son's foot ended up in the tire and we had to go to the emergency room. He's 3, can not walk, the tire tore his foot and ankle up pretty good. Lucky no bones were broken. It's not safe, I do not recommend this product, it's not worth it. The screws come loose fast and foot pegs are not great.*

- o Mario Zamorano (February 13, 2023): *Beware of this manufacture. Advertisement is totally inaccurate at best, fraudulent at worst. Car seat absolutely does not adapt to e-bike. Upon arrival, I noticed the seat was partially assembled, and*

8

*other parts were tossed in the box. It had obviously been returned one time before. I had to go to the local hardware store to buy custom screws to make it work, had to add rags and rubber mounts to avoid scratching my bike. I would have, should have returned the seat, except that I needed it immediately for a family trip that we were taking. Don't buy this seat.*

Despite numerous public posts of product integrity on Amazon.com, Amazon continues to sell the bike seat as of June 25, 2025.

8.  Within the supply chain, specifically in the area of product testing, there are often various guidelines which manufacturers reference and abide by.  The ASTM (American Society for Testing and Materials) Standards Specification document provides a clear, detailed set of requirements for a specific material, product, system, or service.

In her deposition, Ms. McIntire notes that she is aware of the ASTM Standards Specification document[14], specifically the 'Standard Specification for Front-Mounted Bicycle Child Carriers (9 kg – 15 kg)'[15].

Ms. McIntire confirms she is aware of the following clauses within the document[16]:

4.1.8, which notes: '*The child carrier shall prevent contact of hands and feet with rotational parts of the bicycle that could cause injury. This contact shall be prevented by design or with the addition of protective devices.*'

4.4.1, which notes: '*A foot retention system that retains the child's feet on the foot rest. Unless enclosed, foot retention straps shall be provided. Foot retention straps shall be at least 20 mm wide and adjustable and shall meet the requirements outlined within this document.*'

4.4.4, which notes: '*Protective devices or design elements that prevent contact of hands and feet with any moving or movable parts of the bicycle that could cause injury.*'

5.7.1.1, which notes: '*The seat shall be designed so that contact between the child's feet and cycle wheels is prevented. This contact shall be prevented either by design or the*

*provision of additional guards. With the seat mounted on a cycle without additional guarding, it shall not be possible for the child or child carrier to come into contact with the wheel of the cycle. The child carrier may be adjusted to prevent this contact. Additional guarding or a protective device is allowed when the wheel contact test shows that a child may come into contact with the wheel of the cycle.'*

5.10.4.1, which notes: *'Unless the design of the seat is such that the child's legs are enclosed, foot retention straps shall be provided. Any such foot retention straps shall be at least 20 mm wide and adjustable. The foot retention straps shall keep in place the appropriate block(s) when tested in accordance with testing detail within this standard.'*

9.  The U.S. Consumer Product Safety Commission (CPSC) aims to protect the public from unreasonable risks of injury or death associated with consumer products, by developing safety standards, issuing recalls, and conducting research on potential hazards.  In her deposition, Ms. McIntire states that she is aware of a document titled 'Consumer Product Safety Commission Regulated Products'[17], and aware that the document addresses the recall and distribution of child carriers.

    Ms. McIntire notes that she is aware of a specific passage which states *'Test reports from a CPSC accredited testing laboratory approved to test the relevant requirements that confirm each product was tested to the applicable mandatory or voluntary standards and regulations.'*[18]

    The fact that Ms. McIntire in her capacity as a Senior Manager of Risk Management, is not aware of why this testing is not completed, may be indicative of a systematic issue within Amazon's supply chain, with the level of care Amazon undertakes in ensuring compliance within this product category.

10. It is clear that Amazon did not do enough to evaluate the safety of the bike seat, in ensuring customers were safe.  In her deposition, Ms. McIntire acknowledges that she is not testifying to the fact that Amazon did everything it could to keep consumers who purchased the product safe.[19]

    She further acknowledges that she is 'not aware' of any product testing or inspections

which were performed on the bike seat manufacturer, to ensure the bike seat met expected specifications prior to being listed on Amazon[20], nor aware of whether the safety concerns, product complaints and injury reports were communicated to the manufacturer (Innolife).[21]

From a supply chain perspective, this is especially alarming.  Amazon, in its capacity within the supply chain, has the first (and often only) point of contact with the customer, and (as noted in point 3) overtly claim they have safety standards which prioritize user safety.  In addition to not proactively preventing unsafe products from being sold, their unwillingness to relay important safety information to the manufacturer (even after being aware of consumer injuries), demonstrates a lack of care, a lack of transparency within the supply chain, and stands in the way of ensuring the manufacturer is informed on the safety concerns of the product.  As a result, the manufacturer is not asked to fix (or stop selling) the product.  Amazon effectively invalidates the over-arching objectives of a supply chain in ensuring product integrity and consumer safety throughout the chain.

11. In addition to evaluating the product in question (INNOLIFE Kids Bike Seat, Front Mounted Child Bike Seat with Guardrail Front Bike Seat for 8M - 6Y Children, Kids, Toddlers), I have personally evaluated the following products, in an effort to understand product designs for competing products:

- o OUSEXI Child Bike Seat for Adult Bike, Retractable Baby Bike Seat Front Mounted for Children 2~6 Years[22]
- o OUSEXI Rear Child Bike Seat, Back Mounted Child Bicycle Seat, Bicycle Rear Seat for Adult Bike, Suitable for Children Aged 1 to 3 Years Old[23]
- o OUSEXI Child Bike Seat - Front Mount, Kids Bike Seat for Adult Bike, Retractable Baby Bike Seat Front Mounted, Toddler Bike Seat for Children 2~6 Years (with Crossbar-C)[24]

In evaluating each of these products, it is clear that none of these child bike seats have foot straps.  This is a clear indication of the fact that there are numerous products listed on Amazon.com within this product category, which are unsafe, and do not comply with the ASTM safety standards.

12. From a supply chain perspective, there are a number of areas which are concerning:

o   Amazon assumes the role of a retailer within the supply chain, as they directly interact and facilitate the sale of a product.  In doing so, they provide overt assurances as to product safety and product oversight.  As Amazon has an established brand presence, It can be assumed that customers rely on these assurances when making purchasing decisions.

o   Amazon is aware of several regulations and guidelines (including ASTM and CPSC guidelines), and are aware of products not meeting these standards.  There is a clear failure on Amazon's part in proactively evaluating the safety of products listed on Amazon.com, and preventing unsafe and non-compliant products from being listed on the site.

o   Amazon relies on an algorithm to identify product shortcomings; effectively using keywords to determine severity levels.  This process is reactive in nature, and ineffective in preventing dangerous products from being sold to customers.

o   Despite Amazon being aware of the subject product not being in compliance, they continue to sell the product on Amazon.com (as well as other similar products which are also non-compliant).

o   Amazon has not communicated product concerns and product failures to the manufacturer, nor have they stopped selling the subject product.  This effectively creates a non-transparent supply chain, which does not allow corrective action on the part of the manufacturer.

**Basis for Opinion**

From an academic perspective, a supply chain is a network of businesses directly or indirectly involved in the development and distribution a product. While each supply chain will have a unique design and behave differently, logistical practices and logistics protocol are critical to the development of supply chain strategy and its overall functionality.

All opinions are given to a reasonable degree of professional certainty. Dr. Phiroz reserves the opportunity to supplement and/or amend these opinions if/when additional information becomes available.

Dr. Phiroz's C.V. is attached as Appendix A.

Prior cases Dr. Phiroz has testified in (over the past four years) is attached as Appendix B.

Documents and material reviewed in forming the above report are attached as Appendix C.

Zal Phiroz, PhD

13

**References**

[1] Phil Wahba, *Amazon Ranks Among Retail's 10 Biggest Companies for the First Time*, Fortune (July 1, 2014, 4:50 PM), http://fortune.com/2014/07/01/10-largest-retailers-amazon/.

[2] Stephen Skalicky, *Was This Analysis Helpful? A Genre Analysis of the Amazon.com Discourse Community and Its "Most Helpful" Product Reviews*, 2 Discourse, Context & Media 84 (2013), https://www.researchgate.net/publication/257742825_Was_this_analysis_helpful_A_genre_analysis_of_the_Amazoncom_discourse_community_and_its_most_helpful_product_reviews.

[3] Amazon.com, *Recalls and Product Safety Alerts*, https://www.amazon.com/product-safety-alerts?ref_=footer_bsx_ypsa.

[4] Amazon.com, *Product Safety and Recalls*, https://www.amazon.com/gp/help/customer/display.html?nodeId=GLD7VXFKV4AWU78X

[5] Amazon 2024 Annual Report

[6] Deposition of Abigail McIntire 8: 12-17

[7] Deposition of Abigail McIntire 23: 3-9

[8] Deposition of Abigail McIntire 25: 9-21

[9] Deposition of Abigail McIntire 23: 8-10

[10] Deposition of Abigail McIntire 27: 10-15

[11] Deposition of Abigail McIntire 135: 13-20

[12] Deposition of Abigail McIntire 135: 21-24

[13] Amazon.com, *Customer Reviews: INNOLIFE Kids Bike Seat, Front Mounted Child Bike Seat with Guadrail Front Bike Seat for 8M - 6Y Children, Kids,Toddlers* (filtered by one-star reviews), https://www.amazon.com/product-reviews/B0942VW7SH/ref=acr_dp_hist_1?ie=UTF8&filterByStar=one_star&reviewerType=all_reviews#reviews-filter-bar

[14] Deposition of Abigail McIntire 34: 6-8

[15] Deposition of Abigail McIntire (Exhibit 4)

[16] Deposition of Abigail McIntire 35:3 - 37:8

[17] Deposition of Abigail McIntire 138: 5-10

[18] Deposition of Abigail McIntire 140: 9-15

[19] Deposition of Abigail McIntire 176: 9-16

[20] Deposition of Abigail McIntire 184: 15-21

[21] Deposition of Abigail McIntire 184: 22 – 185:11

[22] OUSEXI, *Child Bike Seat - Front Mount, Kids Bike Seat for Adult Bike, Retractable Baby Bike Seat Front Mounted, Toddler Bike Seat for Children 2~6 Years*, Amazon, https://www.amazon.com/OUSEXI-Child-Retractable-Mounted-Children/dp/B0CSCZH4PC

[23] OUSEXI, *2025 New Rear Child Bike Seat, Child Bike Seat for 1-3 Years Old, Rotatable Rear Mounted Toddler Bike Seat, Rear Frame Mounted Baby Bike Seats Kids Safety*, Amazon, https://www.amazon.com/OUSEXI-Rotatable-Mounted-Toddler-Safety/dp/B0DRF46Q17

[24] OUSEXI, *Child Bike Seat - Front Mount, Kids Bike Seat for Adult Bike,Retractable Baby Bike Seat Front Mounted, Toddler Bike Seat for Children 2~6 Years*, Amazon, https://www.amazon.com/OUSEXI-Retractable-Backrest-Footrest-Suitable/dp/B0BYJ3V3HX